# Beach *v.* Pennsylvania Railroad Company, Appellant.

Argued Nov. 16, 1904. Appeal, No. 173, Oct. T. 1904, by defendant, from judgment of C. P. Lancaster Co., Oct. T., 1902, No. 22, on verdict for plaintiff in case of Amos W. Beach v. The Pennsylvania Railroad Company. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY ORLADY, J., July 17, 1905:

The decision of the Supreme Court in Beach v. Pennsylvania Railroad Company (opinion filed June 22, 1905) 212 Pa. 567,

disposes of the assignments of error in this case. The two cases having been tried together and the question involved being the same in each, this judgment is affirmed on that authority.